**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6891**

GEORGE CLEVELAND, III,

Plaintiff - Appellant,

v.

WARDEN LARRY CARTLEDGE, in their official and individual
capacity; OFFICER I. MAYES, in their official and individual
capacity; OFFICER M. JONES, in their official and individual
capacity; WARDEN (UNKNOWN NAME), in their official and
individual capacity; LIEBER CORRECTIONAL INSTITUTION, in
their official and individual capacity; OFFICER TYRELL
ADMORE, in their official and individual capacity;
CONTRABAND LT. CHARLES HARTZOG, in their official and
individual capacity; BUSINESS EMPLOYEE T. WAY, in their
official and individual capacity; MACDOUGALL CORRECTIONAL
INSTITUTION, in their official and individual capacity;
OFFICER FRANCINE BACHMAN, in their official and individual
capacity; DIRECTOR BRYAN STIRLING, of the SCDC, in their
official and individual capacity; UNKNOWN NAMES OF THE
OFFICE OF GENERAL COUNSEL OF THE SCDC, in their official and
individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:15-cv-04512-RBH)

Submitted:  December 20, 2016     Decided:  December 22, 2016

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————————

George Cleveland, III, Appellant Pro Se.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Cartledge, No. 4:15-cv-04512-RBH (D.S.C. May 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3